```
                                            ____ FILED
                                            ____ LODGED   [ MAIL ]
                                            ____ RECEIVED

                                              JAN 31 2013
         United States District Court         AT SEATTLE
         Western district of Washington       CLERK U.S. DISTRICT COURT
                                              WESTERN DISTRICT OF WASHINGTON
                                              BY _____ DEPUTY
```

In Re: Kenneth Wayne [Leaming] | No. C12-1724-RAJ
vs |
USDC-WW | MANDATORY NOTICE
| and DECLARATION
| FER 201(c)(2) and
| UCC1-201 (25),(26),(27)

## HABEAS CORPUS

King County } VERIFIED
The People of the State of Washington } DECLARATION

COMES NOW Kenneth Wayne, petitioner in the above captioned action, in his capacity as a Free Constituent to The People of the State of Washington as appears in the Registry of the Pierce County, Washington, Auditors record 200009130560, a man competent to be a witness and having First Hand Knowledge of the FACTS declared herein and Testifies:

1) Petitioner received a copy of the grossly FRAUDULENT and misnomered "ORDER DECLINING TO SERVE COMPLAINT AND GRANTING PLAINTIFF LEAVE TO AMEND" executed under the signature of a James P. Donohue, Magistrate Judge, that was a total sham and completely off-point to Petitioner's Petition originally submitted to the record of the Courts file 05-cr-5143 and converted into a new cause number as captioned above;

2) Petitioner has already submitted a NOTICE of the VOID order, by addendum to the outstanding Complaint for Judicial Misconduct/Disability as is pending in the 9th Circuit, cause number 13-90000, and the apparent attempt to defraud the 9th Circuit court in its cause number 13-70125;

3) the Addendum to 13-90000 is incorporated herein as if fully reproduced herein;

4) Petitioner is informed and aware that the FACTS appearing in the domestic and international Commercial Registry at UCC Doc. UCC 2012 27914; 2012128324; 2012128325; Perpetuity 2000041335; and WA UCC 2012-279-1209-2 and as appear on www.peoplesTrust1776.org Evidence the FACT that the Plaintiff in the underlying transaction #05-cr-5143, UNITED STATES OF AMERICA is insolvent and has no standing to controvert any FACT set forth in Petitioner's Petition for Writ of Habeas Corpus, or otherwise, and Petitioner Relies in good faith on the commercial Registry entries of EVIDENCE of FACT;

5) Petitioner is informed and aware, and relies in good faith on the FACT that the record(s) of 12-cv-1724; 05-cr-5143; and the commercial Registry(s) entitle Petitioner to a Remedy and relief as an operation of Law;

6) Petitioner is aware, and relies in good faith on the statutes and rules that set forth that Magistrate Donohue, being the subject of a 9th Circuit Judicial Misconduct/Disability Complaint, number 13-90000, must recuse himself from any and all actions to which Petitioner is an interested party, inclusive of the above captioned action;

Given this 28 day of January, 2013, under penalty of Bearing false witness pursuant to the Law of God Almighty, Creator and Ruler of the Universe,

Kenneth Wayne, PETITIONER; DECLARANT; Public Minister; Private Attorney General